# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| LOUIS T. BACA, | ) | No. CV 06-1681 JSL (FFM) |
|---|---|---|
| Petitioner, | ) | |
| v. | ) | ORDER DISMISSING PETITION WITH PREJUDICE |
| JOHN MARSHALL, Warden, | ) | |
| Respondent. | ) | |

The matter before the Court is Petitioner Louis T. Baca's Petition for Writ of Habeas Corpus by a Person in State Custody Pursuant to 28 U.S.C. § 2254 ("Petition"). Having reviewed the papers filed in connection with this matter and being fully apprised of the relevant facts and law, the Court finds that there is no legal basis for relief.

THEREFORE, IT IS HEREBY ORDERED that the Petition is DENIED WITH PREJUDICE.

IT IS SO ORDERED.

DATED: July 18, 2011

_____
J. Spencer Letts
United States District Judge