**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LOUIS T. BACA, | No. CV 06-1681 JSL (FFM) |
| Petitioner, | |
| v. | JUDGMENT |
| JOHN MARSHALL, Warden, | |
| Respondent. | |

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: July 18, 2011

_____
J. Spencer Letts
United States District Judge